Tuesday, November 19th, 2013

By Mail
Hon. Cheryl L. Pollack
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, N.Y. 11201-1818

Re: Matter of Shirley Saenz et al. v City of New York
11-CV-3160 – JBW - CLP

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 22 2013 ★
BROOKLYN OFFICE

Judge Pollak,

This is to inform you that counsel Mr. Ramon Pagan submitted to this Court a deceptive and perjurious motion designed to deceive this Court. His procedural history and facts of the case are absolutely inaccurate. This is a desperate, immature attempt on his part to be removed from this case at whatever childish, irresponsible behavior he can give birth to, and at the same time, cast a negative stain against us.

Point one in his motion claims that there was a co-counsel. This is absolutely not true. He never explained or revealed to us that Pamela Hayes would be co-counsel. We never agreed to this, and he knew that I had fired her for her thievery and unethical behavior in a separate lawsuit in late December 2012.

Point two in his motion claims that there have been eight attorneys on this case is another arrogant lie. There have only been three attorneys on this Federal lawsuit and he being the third attorney. Our prior counsel was on the case for a little over two years and was willing to work as a team with Mr. Pagan. However, he refused and wanted the case all to himself and demanded that prior counsel waive his over one hundred hours plus that he worked on the case.

Point three in his motion he claims that he organized the files and expended forty hours with staff and copying and filing/. This is absolutely false, I and Shirley Saenz spent more than forty hours going back and forth to his office reorganizing the files and copying the 37 transcripts because he lost a box of transcripts and files from our case that were given to him personally from me and prior counsel.

Point four in his motion he claims that on October 28th, an incident occurred that compels him to withdraw. His fact is not accurate. The incident occurred on the 23rd, Wednesday, October 2013, and he had nothing to do with it. It had to do with Pamela Hayes who was desperately attempting to procure more money from me. I reminded her that she was fired and I wanted nothing to do with her.

Point six in his motion that we interviewed various attorneys is a lie. We have not had any personal interviews with any attorneys involving this case.

These are the actual facts of the case and we have emails sent to Mr. Pagan to establish the truth.

Lastly, Mr. Pagan never read the files because when we questioned him he did not know what we were talking about. The only thing he did read was the federal complaint.

Respectfully submitted,

Eli Samuel

Shirley Saenz