UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHIRLEY SAENZ and ELI SAMUEL FIGUEROA,

    Plaintiff,

– against –

CITY OF NEW YORK, ET AL.,

    Defendants.

ORDER

11-CV-3160

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has reviewed the Magistrate Judge's Report and Recommendation, ECF No. 140; plaintiff's objection, ECF No. 142; defendants' letter in opposition to plaintiff's objection, ECF No. 144; and plaintiff's reply, ECF No. 149.

The Magistrate Judge's Report and Recommendation, ECF No. 140, is adopted in full. Plaintiff's untimely request to take the deposition of and to add Farrel R. Donald as an additional witness is denied.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: August 7, 2014
      Brooklyn, New York

